IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **315 Franklin, LLC.,** | **Case No. 17-00512** |
| **Debtor.** | **Chapter 11** |

### U.S. TRUSTEE'S STATEMENT OF NO OBJECTION TO THE MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

Judy A. Robbins, the United States Trustee for Region 4, by counsel, submits the following response to the Debtor's Motion to Sell Property Free and Clear of Liens. Dkt. No. 62.

Counsel for the U.S. Trustee has reviewed the Motion and spoken with Debtor's counsel. The U.S. Trustee understands that the purchaser has represented that, following the sale, the proposed buyer intends to operate the property in accordance with the requirements of local law and anticipates addressing any material D.C. Housing Code violations that may exist. Given that representation, the U.S. Trustee has no objection to the Motion to Sell.

The U.S. Trustee is also aware of the Objection to the sale filed by the Tenants, which asks the Court to require the Debtor or a buyer to agree to a comprehensive Remediation Plan to address issues arising under the D.C. Housing Code. *See* Dkt. No. 75 at 6.

The U.S. Trustee takes no position with respect to whether a Remediation Plan should be required by this Court under the facts of this case or whether the Bankruptcy Code permits the Court to require such a plan in bankruptcy cases.

Office of United States Trustee
Bradley D. Jones, Trial Attorney
115 South Union Street, Room 210
Alexandria, VA 22314
(703) 557-7228
bradley.d.jones@usdoj.gov

December 6, 2017                            JUDY A. ROBBINS
                                              U.S. TRUSTEE, REGION 4

                                        By:   */s/ Bradley D. Jones*
                                              Bradley D. Jones (VSB No. 85095)
                                              Trial Attorney
                                              Office of United States Trustee
                                              115 South Union Street, Suite 210
                                              Alexandria, VA 22314
                                              (703) 557-7228

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a true copy of this response was served on the following persons by first class U.S. mail and by notice of electronic filing:

315 Franklin, LLC
7605 Arlington Boulevard,
Suite 250
Bethesda, MD 20814
*Debtor*

Stephen E. Leach
Kristen E Burgers
Hirschler Fleischer, P.C.
8270 Greensboro Drive,
Suite 700
Tysons, VA 22102
*Counsel for the Debtor*

Jeffrey M. Sherman
LAW OFFICES OF JEFFREY M.
SHERMAN
1600 N. Oak Street, #1826
Arlington, VA 22209
*Counsel for the Tenants*

John G. McJunkin
J. David Folds
Baker Donelson
901 K Street N.W.,
Suite 900
Washington, DC 20001
*Counsel for Fannie Mae*

Nancy L. Alper
Benjamin Wiseman
Assistant Attorney General
Office of the Attorney General for
the District of Columbia
441 Fourth Street, N.W.,
Suite 1010S
Washington, DC 20001
*Counsel for the District of Columbia*

*/s/ Bradley Jones*
Bradley Jones
Trial Attorney