UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| In re | ] | |
| | ] | |
| 315 FRANKLIN, LLC, | ] | Case No. 17-00512 |
| | ] | Chapter 11 |
| Debtor in Possession. | ] | |

_____]

**JOINDER IN OBJECTION TO
DEBTOR'S MOTION FOR ORDER APPROVING SALE OF
<u>DEBTOR'S REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS</u>**

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COME NOW the following individual tenants ("Tenants") of the real property owned presently by 315 Franklin, LLC ("Debtor"), by and through their undersigned attorneys, and hereby join the previously-filed Objection to Debtor's Motion for Order Approving Sale of Debtor's Real Property Free and Clear of Liens and Interests:

| | | |
|---|---|---|
| Alan Banks[1] | 315 Franklin Street NE | #103 |
| December Powell | 315 Franklin Street NE | #104 |
| Patricia Persons | 315 Franklin Street NE | #105 |
| Juan Hernandez | 315 Franklin Street NE | #106 |
| Bobby Gentry | 315 Franklin Street NE | #110 |
| Rene Hernandez | 315 Franklin Street NE | #202 |
| Rishirl Singletary | 315 Franklin Street NE | #203 |
| Rafael Barahona | 315 Franklin Street NE | #205 |
| Clarence Thompson | 315 Franklin Street NE | #209 |
| Donna Baxter | 315 Franklin Street NE | #303 |
| Donald Stewart | 315 Franklin Street NE | #305 |
| Stephan Curry | 315 Franklin Street NE | #7 |
| Joaquin Flores Cisneros | 315 Franklin Street NE | #B1 |
| Sylvester Pressley-Bey | 325 Franklin Street NE | #103 |
| Davon Keys | 325 Franklin Street NE | #111 |
| Priscilla Soribe | 325 Franklin Street NE | #207 |

| Joe Thorne | 325 Franklin Street NE | #301 |
| Kevin Adams | 325 Franklin Street NE | #302 |
| Carlton Coleman | 325 Franklin Street NE | #204 |
| Maria Fatima Stokes | 315 Franklin Street NE | #301 |
| Sincera Boone-Nettles | 325 Franklin Street NE | #205 |

--

Dated: December 7, 2017                    Respectfully submitted,


                                   _/S/ Jeffrey M. Sherman_____
                                   Jeffrey M. Sherman, DC Bar No. 348896
                                   LAW OFFICES OF JEFFREY M. SHERMAN
                                   1600 N. Oak Street #1826
                                   Arlington, VA 22209
                                   (703) 855-7394
                                   jeffreymsherman@gmail.com
                                   Pro Bono Attorneys for the Tenants

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, or, where permitted, by electronic delivery, on December 7, 2017, upon the following:

John G. McJunkin
J. David Folds
Baker Donelson
901 K Street NW
Suite 900
Washington, DC 20001
jmcjunkin@bakerdonelson.com
dfolds@bakerdonelson.com

Emil Hirsch
Polsinelli
1401 Eye Street, N.W.
Suite 800
Washington, DC 20005
ehirsch@polsinelli.com

Bradley David Jones
Office of the U.S. Trustee
115 South Union Street
Plaza Level
Suite 210
Alexandria, VA 22314
bradley.d.jones@usdoj.gov

Stephen E. Leach
Hirschler Fleischer
8270 Greensboro Drive
Suite 700
Tysons, VA 22102
sleach@hf-law.com

Kermit A. Rosenberg
Bailey & Ehrenberg, PLLC
1015 18th Street, NW
Suite 204
Washington, DC 20036
krosenberg@becounsel.com

Nancy L. Alper
Office of Attorney General for D.C.
441 4th Street, NW
Suite 6 North 93
Washington, DC 20001
nancy.alper@dc.gov

*/S/ Jeffrey M Sherman*
Jeffrey M Sherman