IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>315 Franklin, LLC.,<br><br>                Debtor. | Case No. 17-00512<br><br>Chapter 11 |

**U.S. TRUSTEE'S STATEMENT OF NO OBJECTION
TO THE DEBTOR'S MOTION TO ASSUME OR ASSIGN
CERTAIN LEASES OR EXECUTORY CONTRACTS**

John P. Fitzgerald, III, Acting United States Trustee for Region 4, by counsel, submits the following response to the Debtor's First Omnibus Motion to Assume and Assign Unexpired Leases of Residential Real Property, Set Cure Amounts, or in the Alternative Convey Real Property Subject to the Rejected Leases. Dkt. No. 102.

Counsel for the Acting U.S. Trustee has reviewed the Motion and spoken with Debtor's counsel. Debtor's counsel has represented that any sale of the property will address the payment of claims in accordance with the priority scheme prior to funds being distributed out of the bankruptcy estate to lower priority creditors or equity holders. Counsel for the Acting U.S. Trustee has also reviewed the Limited Objection filed by certain tenants, spoke to counsel for the Tenants, and reviewed the Objection filed by the District of Columbia. Dkt. Nos. 111-113. Given the expected equity in the property and the representation that all claims will be addressed prior to the disbursement of funds, the U.S. Trustee has no objection to the Motion.

January 3, 2018
                                                      JOHN P. FITZGERALD, III
                                                    ACTING U.S. TRUSTEE, REGION 4

                                       By:   */s/ Bradley D. Jones*
                                                 Bradley D. Jones (VSB No. 85095)
                                                 Trial Attorney
                                                 Office of United States Trustee
                                                 115 South Union Street, Suite 210
                                                 Alexandria, VA 22314
                                                 (703) 557-7228

## CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2018, a true copy of this response was served on the following persons by first class U.S. mail and by notice of electronic filing:

315 Franklin, LLC
7605 Arlington Boulevard,
Suite 250
Bethesda, MD 20814
*Debtor*

Stephen E. Leach
Kristen E Burgers
Hirschler Fleischer, P.C.
8270 Greensboro Drive,
Suite 700
Tysons, VA 22102
*Counsel for the Debtor*

Jeffrey M. Sherman
LAW OFFICES OF JEFFREY M.
SHERMAN
1600 N. Oak Street, #1826
Arlington, VA 22209
*Counsel for the Tenants*

John G. McJunkin
J. David Folds
Baker Donelson
901 K Street N.W.,
Suite 900
Washington, DC 20001
*Counsel for Fannie Mae*

Nancy L. Alper
Benjamin Wiseman
Assistant Attorney General
Office of the Attorney General for
the District of Columbia
441 Fourth Street, N.W.,
Suite 1010S
Washington, DC 20001
*Counsel for the District of Columbia*

 

*/s/ Bradley Jones*
Bradley Jones
Trial Attorney